# Exhibit A

ELECTRONICALLY FILED
8/14/2017 12:03 PM
02-CV-2017-902153.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca:<br><br>02<br><br>Date of Filing:<br>08/14/2017 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### HERBERT G. CARNATHAN ET AL v. VALIC FINANCIAL ADVISORS ET AL

**First Plaintiff:** ☐ Business ☑ Individual   **First Defendant:** ☑ Business ☐ Individual
☐ Government ☐ Other   ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☑ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ **INITIAL FILING**   A ☐ **APPEAL FROM DISTRICT COURT**   O ☐ **OTHER**

R ☐ **REMANDED**   T ☐ **TRANSFERRED FROM OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?**   ☐ YES ☑ NO   **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ,P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

| BEN028 | 8/14/2017 12:03:59 PM | /s/ THOMAS HART BENTON JR. |
|---|---|---|
|  | Date | Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:**   ☐ YES ☑ NO ☐ UNDECIDED

ELECTRONICALLY FILED
8/14/2017 12:03 PM
02-CV-2017-902153.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| **HERBERT G. CARNATHAN and** | * | |
| **JILL McFARLAND CARNATHAN,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **CASE NO.: CV-2017_____** |
| | * | |
| **VALIC FINANCIAL ADVISORS and** | * | |
| **DAN ROLLO,** | * | |
| | * | |
| **Defendants.** | * | |

## COMPLAINT

COME NOW, Plaintiffs Herbert G. Carnathan ("Glenn") and Jill McFarland Carnathan ("Jill"), (collectively referred to as "the Carnathans"), who are husband and wife, and file the following Complaint against Defendants Valic Financial Advisors and Dan Rollo:

## BACKGROUND

1.      Plaintiffs are adult residents of Mobile County, Alabama.

2.      Defendant Valic Financial Advisors ("Valic") is an insurance sales company doing business in Mobile County, Alabama.

3.      Defendant Dan Rollo ("Rollo") is believed to be a resident of South Carolina. At all times material herein, Rollo was acting as the agent and/or employee of Valic in the line and scope of his agency/employment.

4.      In or around 2006, Rollo was an agent at Valic working in an office located in the Mobile Infirmary Medical Center as a financial advisor, financial planner and

1

insurance agent. Glenn was also working in Mobile as a senior vice president at Infirmary Medical Systems.

5.     In October 2006 until April 2017, Glenn and Rollo discussed planning the Carnathan's retirement plan. Rollo recommended that Glenn invest money contained in their individual retirement accounts into annuities that would pay sufficient retirement income when they retired until they died.

6.     In or around the beginning of March 2017, the Carnathans agreed to purchase two annuities from Rollo. The first annuity is Number E0561540, wherein the Carnathans paid $251,823.13 into the annuity that was issued on March 8, 2007. The Carnathans also purchased an annuity E0561546, wherein they paid $252,856.13 into the annuity that was issued on March 13, 2007. Both annuities were issued by American Skandia Life Assurance Corporation which is a subsidiary of Prudential Life Insurance Company.

7.     Prior to the purchase of the annuities, Glenn made it clear to Rollo that the annuities had to provide lifetime spousal income protection. Rollo represented to Glenn on more than one occasion that the annuities provided lifetime spousal income protection. The Carnathans were not provided with a copy of the applications or the annuity contracts.

8.     Soon after purchasing the first two annuities, Glenn created a user account with Prudential and noticed that each accounts referenced "Enhanced Spousal Continuance" and a death benefit. Since the Carnathans did not have copies of the annuities, Glenn called Prudential for clarification and was told that they could not speak to him—that he must discuss the matter with his agent, Rollo.

9.     Glenn then called Rollo for clarification and was told by Rollo that he did in fact have a joint lifetime income guarantee.  Rollo said that the death benefit would protect their children should something happen to both Glenn and Jill.  Rollo also said that the "Enhanced Spousal Continuance" meant that Jill would continue to receive lifetime income if Glenn passed away.

10.     In April 2009, Rollo sold the Carnathans another annuity as part of their retirement planning.  This annuity is Number E0801535, wherein the Carnathans paid $131,000 into the annuity.  This annuity was issued by Prudential Annuities Life Insurance Corporation on April 14, 2009.

11.     Once again, before purchasing the annuity, Rollo represented to Glenn that the annuity provided lifetime spousal income protection for Jill.

12.     In 2012, five years before Glenn's preliminary retirement date, Glenn met with Rollo to review his then current retirement income and projections in comparison to his new retirement.  At this time, Rollo was working for Ameriprise Financial.  Rollo assured Glenn during this meeting that their lifetime spousal income benefits were in place and that their income estimates were solid.  Plaintiff's reasonably relied upon Rollo's continued statement that Plaintiffs' annuities had lifetime spousal income protection.

13.     In or around April 2017, Glenn retired and applied for benefits under the annuities issued in 2007.  The Carnathans learned for the first time that the annuities did not have a lifetime spousal income benefit and that the annuities would only provide retirement income during Glenn's life.

3

14.     Plaintiffs were financially and emotionally destroyed after learning that the annuities did not have a lifetime spousal income benefit clause.  Based on family history, members of Jill's family lived into their 90's while men in Glenn's family pass in their early 80's or before.  Knowing now that Jill will have no retirement income when Glenn passes away, the Carnathans must now save a large portion of their retirement benefits they are currently receiving in order for Jill to have retirement benefits after Glenn's death.  Because of the mistakes and misrepresentation made by Rollo and Valic, the Carnathans' retirement plan is not what they intended and/or expected.  There is no possible way that the Carnathans would have purchased the annuities through Rollo and Valic had they known that there was not continued lifetime income benefits for Jill under the annuities.

## COUNT ONE
### Fraud

15.     Plaintiffs adopt and reallege the allegations set forth in paragraphs 1-14 of the Complaint as if set forth fully and completely herein.

16.     The foregoing representations made by Defendants that the annuities had lifetime spousal income coverage for Jill were false and were made intentionally, recklessly and or negligently with the intent the Plaintiffs would reply upon said representations. Plaintiffs did reasonably rely on said misrepresentations and as approximate result were caused to suffer damage, including but not limited to loss of retirement benefits, mental anguish and emotional distress.

4

WHEREFORE, the above premises considered, Plaintiffs demand judgment against the Defendants for compensatory and punitive damages exceeding the minimum jurisdictional limits of this Court, plus attorney's fees and costs.

## COUNT TWO
### Wantonly/Negligent Conduct

17.    Plaintiffs adopt and reallege the allegations set forth in paragraphs 1-16 of the Complaint as if set forth fully and completely herein.

18.    Defendants owed a duty to the Plaintiffs to inform them that the annuities they purchased did not have continuing lifetime spousal income benefits for Jill after Glenn's death.  Defendants, in fact, stated that the annuities had continued lifetime spousal benefits and that the "Enhanced Spousal Continuance" provided these benefits. Defendants continued to fraudulently make these representations to the Plaintiffs from April 2007 until April 2017, when Plaintiffs finally learned from their new financial advisor that the annuities did not provide these benefits.

19.    As a proximate consequence of Defendants' wanton and/or negligent conduct, Plaintiffs were caused to suffer damages, including but not limited to, loss of retirement benefits, mental anguish and emotional distress.

WHEREFORE, the above premise considered, Plaintiffs demand judgment against the Defendants for compensatory and punitive damages exceeding the minimum jurisdictional limits of this Court, plus attorney's fees and costs.

Respectfully submitted this the 14th day of August, 2017.


/s/ Thomas H. Benton, Jr.
THOMAS H. BENTON, JR. (BEN028)

OF COUNSEL:

Benton Law Firm
Post Office Box 11
Mobile, AL 36601
(251) 338-4286 Direct Dial
(251) 694-1998 Facsimile
tom@benton-law.com

## DEFENDANTS TO BE SERVED VIA CERTIFIED MAIL AS FOLLOWS:

Valic Financial Advisors
c/o Reg. Agent Corp. Service Co., Inc.
641 S. Lawrence St.
Montgomery, AL 36104

Mr. Dan Rollo
330 Serendipity Lane
Spartanburg, SC 29301

ELECTRONICALLY FILED
8/14/2017 12:03 PM
02-CV-2017-902153.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| HERBERT G. CARNATHAN and | * |
| JILL McFARLAND CARNATHAN, | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| v. | *   **CASE NO.: CV-2017_____** |
| | * |
| VALIC FINANCIAL ADVISORS and | * |
| DAN ROLLO, | * |
| | * |
| **Defendants.** | * |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES & REQUESTS FOR PRODUCTION TO DEFENDANTS

COME NOW, Plaintiffs Herbert G. Carnathan ("Glenn") and Jill McFarland Carnathan ("Jill"), (collectively referred to as "the Carnathans"), who are husband and wife, and file the following First Set of Interrogatories and Requests for Production to Defendants Valic Financial Advisors and Dan Rollo, to be answered separately and severally as follows:

## INTRODUCTION

In answering this discovery you are required to furnish all information available to you, including information in the possession of your attorney or any person acting on your or his behalf, and not merely such information as is known of your own personal knowledge. If you cannot answer any particular interrogatory in full, after exercising due diligence to secure the information, you should state and answer to the extent possible, specifying your inability to answer the remainder.

1

Unless counsel for the Plaintiffs agrees to extend the time for production, all documents and other items that are responsive to the requests for production are to be produced within forty five (45) days, to the law office of Benton Law Firm.

You are under a duty to reasonably amend a prior response if you obtain information upon the basis of which (a) you know that the response was incorrect when made, or (b) you know that the response, though correct when made, is no longer true, and the circumstances are such that a failure to amend the response is, in substance, a knowing concealment. Any such supplemental response is to be filed and served upon counsel of record for this Defendant within fifteen (15) days after receipt of such information. These interrogatories and requests for production are continuing until the time of trial, and the responses hereto must be supplemented at the times and under the circumstances set forth in Rules 33 and 34 of the *Alabama Rules of Civil Procedure*.

## DEFINITIONS

A.     "Defendants", "You" and "your" means Valic Financial Advisors and Dan Rollo, as well as any employees, agents, attorneys, accountants, investigators, representatives, or other individuals working on Defendants' behalf, directly or indirectly.

B.     "Plaintiff" means Herbert G. Carnathan ("Glenn") and Jill McFarland Carnathan ("Jill"), (collectively referred to as "the Carnathans")

C.     "Communication" means any discussion, conversation, inquiry, examination, notice, representation, correspondence, telegram, negotiation, transaction, review, claim, agreement, understanding, meeting, or interview, whether conducted in person, in writing, by telephone, or otherwise. Communications "between" any individual

2

or entity and any other individual or entity include communications going in either direction between such individuals or entities.

D.     "Describe in detail" means (1) to state with specificity each and every fact, ultimate fact, circumstance, incident, act, omission, event, and date relating to or otherwise pertaining to the matters of which description is requested; (2) to identify each and every person who witnessed or participated in any incident, event, or act pertaining to the matters of which description is requested; and (3) to identify any and all documents which relate in any way to those matters or the information supplied by you in your response.

E.     "Document" is used in its broadest sense and means graphic matter of any kind or nature, whether written, printed, typed, recorded filmed, punched, transcribed, taped, or produced or reproduced by any other means.  The term "document" includes, but is not limited to, all records, personal notes, cablegrams, telexes, studies, calendars, diaries, desk calendars, appointment books, agendas, minutes, pamphlets, envelopes, telephone messages, email, computer discs, graphs, records of meetings, summaries of records of telephone conversations, summaries of records of personal conversations or interviews, summaries of records of meetings or conferences, tabulations, analysis, evaluations, projections, work papers, statements, summaries, journals, billing records, correspondence, notes, memorandum and invoices.  The term "document" also includes every other means by which information is recorded or transmitted, including, but not limited to, photographs, videotapes, tape recordings, microfilms, punch cards, computer programs, printouts, all recordings made through data processing techniques, and the written information necessary to understand and use such materials.  For purposes of this definition, drafts and non-

3

identical copies (i.e., those bearing notations or marks not found on other versions of the document) are separate documents.

      F.    "Identify" when used with reference to a "person" means to state each person's full name, address, telephone number and any other names used by the person during the past ten (10) years if known; when used with reference to a document or communication, "identify" means to state the nature of the document or communication; the date, time, and title (if any) of the document or communication; the identity of each person contributing to or participating in the document or communication; the subject matter and substance thereof; and the name and last known business and home addresses and telephone numbers of each person who has possession, custody, or control of any document evidencing communications;

      G.    "Person" means any natural person; any group of natural persons, acting either individually or collectively (e.g., as a committee, board of directors, etc.); any corporation, partnership, or joint venture; and any other incorporated or unincorporated business, government, or social entity.

### INTERROGATORIES and REQUEST FOR PRODUCTION

      1.    Produce all notes, correspondence, contracts, estimates, illustrations, reports, e-mails, memorandums, texts, diagrams, brochures, or other documents relating to the annuities that were sold to the Carnathans referred to in the Complaint (hereinafter "the annuities")

**RESPONSE:**

2.      Produce all contracts existing between Rollo and Valic, Valic and Prudential Life Insurance Company or any of its affiliates and/or between Rollo and Prudential Life Insurance Company and/or any of its affiliates in 2007 and 2009.

**RESPONSE:**

3.      Produce all brochures, manuals, policies, procedures or training manuals relating to the sale of the annuities in 2007 and 2009.

**RESPONSE:**

4.      Produce all insurance policies or indemnity agreements that provide coverage for the claims asserted against you in the Complaint.

**RESPONSE:**

5.      Produce all communications between you and the Carnathans after October 2006 to date, including but not limited to, correspondence, notes, memorandums, texts and e-mails.

**RESPONSE:**

6.      Identify the name, address and telephone number of any person you know to be a witness to any fact or defense alleged in this lawsuit, including in your response a brief summary of the knowledge that each person possesses.

**RESPONSE:**

7.      Identify all persons you expect to call as an expert witness at trial in this case, including in your response the person's name and qualification to be an expert, a summary of their opinions and a summary of all facts supporting their opinions.

**RESPONSE:**

8.      Identify the name, address and telephone number of all persons in the last ten (10) years who have complained to you that they were told they had continued lifetime spousal benefits as part of their annuity sold, when in fact they did not.

**RESPONSE:**

9.      Produce any and all communications that you have had with Prudential Life Insurance Company or its affiliates regarding the annuities, including or not limited to notes, correspondence, e-mails, texts or any other documents.

**RESPONSE:**

Respectfully submitted this the 14th day of August, 2017.

/s/ Thomas H. Benton, Jr.
THOMAS H. BENTON, JR. (BEN028)

OF COUNSEL:

Benton Law Firm
Post Office Box 11
Mobile, AL 36601
(251) 338-4286 Direct Dial
(251) 694-1998 Facsimile
tom@benton-law.com

**TO BE SERVED WITH THE COMPLAINT**

6

Revised 4-1-99; 11-1-99; 11-3-05

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

*Herbert H. Carruthers et al.*
                Plaintiff,

                                              CIVIL ACTION NO. *CV-17-902153*

vs.

*Italic Financial Advisors et al.*
                Defendant,

## GENERAL PRE-TRIAL ORDER

To expedite pre-trial and trial procedure, it is ORDERED by the Court that the following will apply:

1.   **EXHIBITS, DOCUMENTS, AND PHYSICAL EVIDENCE, GENERALLY**

a.      Each party shall identify in writing to all other parties and shall make all documents, exhibits and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 days prior to trial, for inspection and copying. The same shall then be authenticated and admitted into evidence without further proof, unless, written objections to any such documents or exhibits be made to the Court not less than 14 days prior to trial specifying the grounds of objection to the genuineness and relevancy of the proposed document, exhibit, or physical evidence. The requirement does not apply to documents, exhibits and physical evidence used solely as impeachment evidence.

b.      Documents, exhibits or physical evidence not timely exhibited to other parties prior to trial under this Order will not be admitted into evidence at the trial unless solely for impeachment purposes or unless the ends of justice so require.

c.      Documents, exhibits or physical evidence so admitted hereunder shall be presented to the court reporter for marking in evidence prior to trial.

2.   **DOCTOR, HOSPITAL AND MEDICAL EXPENSES**

a.      If applicable, all doctor, medical and hospital bills shall be sent to or made available to all parties not less than 21 days before trial and shall be admitted in evidence as reasonable without further proof, unless written objection to any such bills be made to the Court no less than 14 days before trial specifying the grounds for objection.

b.      Any such bills not timely exhibited to the other parties will not be admitted in evidence at trial unless the ends of justice so require.

c.      The bills so admitted shall be presented to the court reporter for marking in evidence prior to trial.

**3.**   SPECIAL DAMAGES

a.   All parties seeking special damages shall furnish the other parties with a list thereof not less than 21 days before trial. Written objections thereto may be made not less than 14 days before trial specifying grounds of objections.

b.   Evidence of special damages claimed, but not timely exhibited to other parties, will not be admitted into evidence unless the ends of justice require so.

**4.**   AGENCY-TIME AND PLACE-DUTY

a.   Agency and the time and place of the incident involved, if alleged in the complaint, and, if a negligence case, the existence of a duty, are admitted and the parties are deemed correctly named and designated unless specifically denied by answer or unless written objection is made not less than 14 days before trial. The objections shall include the correct name and entity and/or the grounds relied on.

**5.**   EXPERTS

a.   Unless previously obtained by discovery, each party will furnish to all other parties the names, addresses and qualifications of all expert witnesses expected to testify, together with a brief summary of their opinions. Such disclosure of experts shall be made by the party filing the Motion to Set and Certificate of Readiness not later than the time of filing such motion. Disclosure by all parties shall be made not later than 14 days after the filing of the Motion to Set and Certificate of Readiness.

b.   Disclosure of experts in cases not included in the Fasttrack system shall be made by all parties not less than 60 days before trial.

c.   Unless written objection to the qualifications of an expert is made not later than 30 days before trial, stating grounds, the qualification of such expert will be admitted.

d.   Upon calling an expert to testify at trial, the attorney may state to the Court and jury the name, address and summary of the qualifications of the expert.

**6.**   DISCOVERY

Discovery shall be completed 30 days prior to the trial date. On written motion for good cause shown, the court may allow discovery within this 30-day period.

**7.**   JURY INSTRUCTIONS

If the case is to be tried by a jury, requested written charges shall be submitted to the Court not later than the close of the plaintiff's case, subject to supplementation during the course of the trial on matters which could not be reasonably anticipated. Each requested charge will be typed on letter size paper and identified by the party's last name and shall be numbered.

**8.**   JURY SELECTION

Before the commencement of trial, the parties will furnish or advise the court, outside the presence of the jury, the names of all insurance companies involved and any special voir dire questions for the purpose of qualifying the jury.

**9.**   DUTY TO SUPPLEMENT DISCOVERY

All parties are under duty to supplement responses to discovery as provided by Rule 26(e)(3) ARCP which should be done not less than 30 days before trial.

**10.**   MOTIONS GENERALLY

If motion to strike or motion to dismiss a pleading is filed, the Court will not consider such unless a copy of the pleading sought to be struck or dismissed is attached thereto.

11.    CONFLICTS

In the event of scheduling conflict affected counsel shall comply with the Attorney Calendar Conflict Resolution Order of the Alabama Supreme Court.

It is further ORDERED by the Court that the Court will reconsider any portion of the General Pre-Trial Order upon timely application by any party.

Done this the _____ day of _____.

_____
Presiding Judge John R. Lockett

| State of Alabama **ORIGINAL SUMMONS** Unified Judicial System Form C-34 Rev. 4/2017 - CIVIL - | **Court Case Number** 02-CV-2017-902153.00 |

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### HERBERT G. CARNATHAN ET AL V. VALIC FINANCIAL ADVISORS ET AL

**NOTICE TO:** VALIC FINANCIAL ADVISORS, CO CORP SERVICE CO., INC. 641 S. LAWRENCE STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), THOMAS HART BENTON JR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 5 DAUPHIN STREET, SUITE 301, MOBILE, AL 36602

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of HERBERT G. CARNATHAN pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

| 8/14/2017 12:04:41 PM | /s/ JOJO SCHWARZAUER | By: _____ |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ THOMAS HART BENTON JR.

*(Plaintiff's/Attorney's Signature)*

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C936
205 Government Street
Mobile, Alabama 36644-2936

### RETURN ON SERVICE

☐ Certified Mail Return Receipt _____ *(Date)*

☐ _____ nd Complaint or other document to _____ County,

*(Name of County)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee $ _____

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage $ _____

Total Postage and Fees $ _____

Sent To: Valic Financial Advisors

Street and Apt. No., or PO Box No. _____

City, State, ZIP+4® _____

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

*(Address of Server)* _____

_____

*(Phone Number of Server)* _____

53.00
FINANCIAL ADVISORS ET AL

D001 - VALIC FINANCIAL ADVISORS

*(Defendant)*

### SERVICE RETURN COPY

# ORIGINAL

AVS0305

ALABAMA JUDICIAL DATA CENTER
MOBILE      COUNTY

ORDER FOR SERVICE AND RETURN

CV 2017 902153.00
JOHN R LOCKETT

---

IN THE CIRCUIT  COURT OF    MOBILE     COUNTY

HERBERT G. CARNATHAN ET AL V. VALIC FINANCIAL ADVISORS ET AL

SERVE ON:  D001

VALIC FINANCIAL ADVISORS
CO CORP SERVICE CO., INC.
641 S. LAWRENCE STREET
MONTGOMERY     ,AL  36104-0000

NOTES:
   YOU ARE REQUIRED TO RESPOND TO DISCOVERY WITHIN 45 DAYS OF SERVICE

---

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
      YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
      TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

08/15/2017  DATE           CLERK: JOJO SCHWARZAUER            BY
                                  205 GOVERNMENT STREET
                                  MOBILE, AL  36644-2936
                                  (251)574-8420

---

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
DOCUMENT IN _____ COUNTY, ALABAMA
TO:

_____

                              _____
                              SIGNATURE OF SERVER

_____

NAME / ADDRESS ABOVE                DATE

OPERATOR: RUP
PREPARED: 08/15/2017

| State of Alabama Unified Judicial System Form C-34  Rev. 4/2017 | ORIGINAL | SUMMONS - CIVIL - | Court Case Number 02-CV-2017-902153.00 |

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
HERBERT G. CARNATHAN ET AL V. VALIC FINANCIAL ADVISORS ET AL

**NOTICE TO:** DAN ROLLO, 330 SERENDIPITY LANE, SPARTANBURG, SC 29301

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), THOMAS HART BENTON JR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 5 DAUPHIN STREET, SUITE 301, MOBILE, AL 36602

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of HERBERT G. CARNATHAN pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 8/14/2017 12:04:41 PM | /s/ JOJO SCHWARZAUER | By: |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ THOMAS HART BENTON JR.
*(Plaintiff's/Attorney's Signature)*

Jojo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C936
205 Government Street
Mobile, Alabama 36644-2936

**RETURN ON SERVICE**

☐ F

*(Date)*

☐ I Complaint or other document to
_____ County,

*(Name of County)*

☐ **U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

*(Address of Server)*

_____

*(Phone Number of Server)*

.00

ANCIAL ADVISORS ET AL

D002 - DAN ROLLO
*(Defendant)*

**SERVICE RETURN COPY**

# ORIGINAL

AVSO305

ALABAMA JUDICIAL DATA CENTER
MOBILE          COUNTY

ORDER FOR SERVICE AND RETURN

CV 2017 902153.00
JOHN R LOCKETT

---

IN THE CIRCUIT  COURT OF   MOBILE     COUNTY

HERBERT G. CARNATHAN ET AL V. VALIC FINANCIAL ADVISORS ET AL

SERVE ON:  D002

ROLLO DAN
330 SERENDIPITY LANE

SPARTANBURG    ,SC  29301-0000

NOTES:
    YOU ARE REQUIRED TO RESPOND TO DISCOVERY WITHIN 45 DAYS OF SERVICE

---

TO ANY SHERIFF OR ANY AUTHORIZED AGENT
         YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
         TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

08/15/2017  DATE          CLERK: JOJO SCHWARZAUER              BY
                                 205 GOVERNMENT STREET
                                 MOBILE   AL  36644-2936
                                 (251)574-8420

---

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
   DOCUMENT IN _____ COUNTY, ALABAMA
   TO:

                                    SIGNATURE OF SERVER


NAME / ADDRESS ABOVE                DATE

OPERATOR: RUP
PREPARED: 08/15/2017

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

VALIC FINANCIAL ADVISORS
CO CORP SERVICE CO., INC.
641 S. LAWRENCE STREET
MONTGOMERY, AL 36104

9590 9402 2816 7069 7967 95

**2. Article Number** *(transfer from service label)*

7017 1070 0000 4350 7889

**COMPLETE THIS SECTION ON DELIVERY**

**A. Signature**

X _____
☐ Agent
☐ Addressee

**B. Received by (Printed Name)**      **C. Date of Delivery**

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type**
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053         Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

2017 AUG 21  AM II:

MOBILE CO.
TIFY THIS
FILED ON

CLERK CIRCUIT CO

USPS TRACKING #
MONTGOMERY

9590 9402 2816 7069 2967 95

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box•

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C
205 Government Street
Mobile, Alabama 36644-2936

## SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

DAN ROLLO
330 SERENDIPITY LANE
SPARTANBURG, SC 29301



9590 9402 2816 7069 7967 88

**2. Article Number** *(Transfer from service label)*

7017 1070 0000 9358 7896

PS Form **3811**, July 2015 PSN 7530-02-000-9053

## *COMPLETE THIS SECTION ON DELIVERY*

**A. Signature**

☐ Agent
☐ Addressee

**B. Received by** *(Printed Name)*

**C. Date of Delivery**

**D.** Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type**

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C908
205 Government Street
Mobile, Alabama 36644-2936

CLERK CIRCUIT COURT

2017 AUG 2

USPS TRACKING #

9590 9402 2026 7069 7967 88

United States
Postal Service