IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HERBERT G. CARNATHAN and <br> JILL MCFARLAND CARNATHAN, <br><br> Plaintiffs, <br><br> v. <br><br> VALIC FINANCIAL ADVISORS and <br> DAN ROLLO, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> *    CASE NO: 1:17-cv-00420 <br> * <br> * <br> * <br> * <br> * |

**PLAINTIFFS' DEMAND FOR TRIAL BY JURY**

     COMES NOW, the Plaintiffs Herbert G. Carnathan and Jill McFarland Carnathan in the above-styled cause and demand a trial by struck jury in this matter.

     Respectfully submitted,

     */s/ Thomas H. Benton, Jr.*
     THOMAS H. BENTON (BENTT7091)

OF COUNSEL:

Benton Law, LLC
P.O. Box 11
Mobile, AL 36601
(251) 338-4286 Telephone
(251) 694-1998 Facsimile
tom@benton-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of September, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

David P. Donahue
Matthew I. Penfield
BRESSLER, AMERY & ROSS, PC
2001 Park Place, Suite 1500
Birmingham, AL 35203

*/s/ Thomas H. Benton, Jr.*