# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| HERBERT G. CARNATHAN and JILL MCFARLAND CARNATHAN, | * * * |
| Plaintiffs, | * * |
| v. | * CASE NO: 1:17-cv-00420 * |
| VALIC FINANCIAL ADVISORS and DAN ROLLO, | * * * |
| Defendants. | * |

## NOTICE OF SETTLEMENT

COME NOW, the Plaintiffs in the above-styled caused and gives the Court notice that this matter has been settled between the parties. Plaintiffs request that the Court allow 30 days for the settlement to be completed.

Respectfully submitted,

*/s/ Thomas H. Benton, Jr.*
THOMAS H. BENTON (BENTT7091)

OF COUNSEL:

Benton Law, LLC
P.O. Box 11
Mobile, AL 36601
(251) 338-4286 Telephone
(251) 694-1998 Facsimile
tom@benton-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

David P. Donahue
Matthew I. Penfield
BRESSLER, AMERY & ROSS, PC
2001 Park Place, Suite 1500
Birmingham, AL 35203

Mickey B. Wright
Heather R. Demyan
LLOYD, GRAY, WHITEHEAD
& MONROE, PC
880 Montclair Road, Suite 100
Birmingham, AL 35213

/s/ Thomas H. Benton, Jr.