IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HERBERT G. CARNATHAN, et al., | ) |
| | ) |
|   Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:17-cv-00420 |
| | ) |
| VALIC FINANCIAL ADVISORS, et al. | ) |
| | ) |
|   Defendants. | ) |

## ORDER

On February 13, 2019, the Plaintiffs filed a Notice of Settlement, which informed the Court that the parties have settled this matter (Doc. 32). Accordingly, it is **ORDERED** that all claims in the above-styled action are hereby **DISMISSED with prejudice** from the active docket of this Court, subject to the right of any party to move to reinstate this action within **thirty (30) days** from the date of entry of this Order should the settlement agreement not be consummated. As such, all other pending deadlines are **CANCELED**.

No further order shall be forthcoming from the Court except upon motion by a party for entry of a final judgment as prescribed by Federal Rule of Civil Procedure 58. The parties shall bear their own costs, expenses, and attorneys' fees in accordance with the terms of the settlement agreement.

**DONE and ORDERED** this 13th day of February, 2019.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE